UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:03-00026 |
| | ) | JUDGE CAMPBELL |
| TICARIC DEVONE WILLIAMS | ) | |

## ORDER

The Court held a hearing on May 20, 2013 on the Petition (Docket No. 78) alleging violations of Defendant's conditions of Supervised Release. The Defendant admitted the violations contained in the Petition. The Court extended the Defendant's term of Supervised Release six months on the same conditions previously imposed.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE